

UNITED STATES BANKRUPTCY COURT
Eastern District of California

1200 I Street, Suite 4
Modesto, CA 95354

(209) 521-5160
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**9/10/10**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

wmim

# ORDER DISMISSING CASE FOR FAILURE TO TIMELY FILE DOCUMENT(S)

Case Number:   10-93385 - D - 13G

Debtor Name(s), Social Security Number(s), and Address(es):

Kimlyn Sardeung Kham
412 Waddell Wy
Modesto, CA 95357

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**

Top To Bottom Cleaning Service

*Notice of Incomplete Filing and Notice of Intent to Dismiss Case If Documents Are Not Timely Filed* having been given to the Debtor(s), the debtor's(s') attorney, if any, the trustee, all creditors, and other parties in interest, and the Debtor(s) having failed to comply therewith by timely filing the documents referenced therein or a motion to extend time to file the documents for cause shown, and no Notice of Hearing on the Court's Notice of Intent to Dismiss Case having been filed,

**IT IS ORDERED** that the within case be, and is hereby, dismissed.

Dated:  9/10/10

ORDERED PURSUANT TO SPECIAL ORDER 10-01
FOR THE COURT
Wayne Blackwelder, Clerk

By: ___wmim_____
　　　　　　Deputy Clerk